# UNITED STATES DISTRICT COURT

Southern District of Illinois

FILED
MAR 07 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Ryan Sobel | |

Case No. 4:01CR40075-01

USM No. 05368-025

Timothy J. Capps
_Defendant's Attorney_

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard # 2 | The defendant failed to submit written report timely | 06/30/2012 |
| Standard # 3 | The defendant failed to submit job search logs as directed | 06/30/2012 |
| Standard # 5 | The defendant failed to work regularly | 05/30/2012 |
| Special | The defendant possessed pornography in violation of the rules | 07/03/2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5209

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Pittsburg, IL 62974

03/07/2013
Date of Imposition of Judgment

_[signature]_
Signature of Judge

J. Phil Gilbert                                    District Judge
Name and Title of Judge

March 7, 2013
Date

DEFENDANT: Ryan Sobel
CASE NUMBER: 4:01CR40075-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

1 day

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D  Case 4:01-cr-40075-JPG   Document 50   Filed 03/07/13   Page 3 of 3   Page ID #75
(Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

Judgment—Page  3  of  3

DEFENDANT: Ryan Sobel
CASE NUMBER: 4:01CR40075-01

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall complete 10 hours of community service work as directed by probation.

The defendant shall not possess or view any type of sexually explicit and/or erotic material, including child pornography, animated pornography, adult pornography, sexually motivated short stories, books, or magazines, or any other materials deemed inappropriate by the probation officer and/or sex offender treatment provider.

For the remainder os his supervised release, the defendant shall not possess or use a computer or any other internet accessible device at his residence.

The defendant shall not frequent, loiter, or reside within 500 feet of areas where children congretate (playgrounds, parks, daycare center, or schools.

The defendant shall have no contact with any person under the age of 18 years, including but not limited to his own minor children or relatives, or attempt contact except under circumstances approved in advance and in writing by the probation officer in consultation with the defendant's treatment provider.

The defendant shall have no contact with any prior sexual abuse victim(s), including correspondence, telephone contact, or communication through a third party except under circumstances approved in advance and in writing by the probation officer in consultation with the treatment provider. The defendant shall not enter onto the premises, travel past, or loiter near where any of his prior victims reside.

The defendant shall not be employed in any capacity that may cause the defendant to come in direct contact with children, except under circumstances approved in advance by the supervising probattion officer. The defendant shall not participate in any volunteer activity that may cause the defendant to come into direct contact with children except under circumstances approved in advance by the defendant's probation officer.

While in sex offender treatment , the defendant shall abstain from the use and/or possession of all alcoholic beverages and any other substances for the purposes of intoxication. The defendant shall not enter or patronize establishments where intoxicants are the primary item of sale, such as bars, lounges, and night clubs.